UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| VERNEDA MILLER,<br><br>    PLAINTIFF,<br><br>v.<br><br>LYNDON SOUTHERN INSURANCE COMPANY, and WEBBANK,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 3:23-cv-585-DJH<br><br>REMOVED FROM HARDIN CIRCUIT COURT CASE NO. 23-CI-01464 |

## NOTICE OF REMOVAL

Defendant WebBank, by counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, files this Notice of Removal to remove the action described below from the Commonwealth of Kentucky, Hardin Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division.

### A. STATEMENT OF THE CASE

1. On October 2, 2023, Plaintiff Verneda Miller commenced Case No. 23-CI-01464, styled *Verneda Miller v. Lyndon Southern Insurance Company et al.*, in the Hardin Circuit Court, Commonwealth of Kentucky (the "State Court Action").[1] Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* against WebBank. This Court has federal question jurisdiction over Plaintiff's FCRA claims.

### B. TIMELINESS OF REMOVAL

---

[1] A copy of Plaintiff's "Verified Complaint" ("Complaint") is attached hereto in Exhibit A.

2. On or about October 12, 2023, Plaintiff served WebBank with the Summons and Complaint. Thirty days have not expired since this service occurred.[2] Accordingly, this Notice of Removal is timely.[3]

### C. VENUE

3. Venue is proper in the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 97(b), because this district and division embrace Hardin County, Kentucky – the location of the pending State Court Action.

### D. GROUNDS FOR REMOVAL

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff alleges a violation of the FCRA which arises under the laws of the United States. Federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). Because Plaintiff alleges FCRA claims, this Court has federal question jurisdiction.[4]

---

[2] *See* Exhibit A.
[3] *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.").
[4] *See* Complaint ¶ 1.

5.  Any state law claims alleged in the Complaint are so related to the federal law claims that they form part of the same case or controversy involving the subject matter of the complaint. This Court thus has supplemental jurisdiction over said claims pursuant to 28 U.S.C. § 1367(a).

### E.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.  With this Notice of Removal, WebBank has filed true and accurate copies of all file-stamped documents filed in this case as required by 28 U.S.C. § 1446(a), attached hereto as Exhibit A. Consents from those defendants served with process who are not dismissed are attached as Exhibit B.

7.  Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, WebBank will provide Plaintiff's counsel with written notice of removal and file a copy of this Notice with the Hardin County Circuit Court.

WHEREFORE, WebBank requests that the above-described action be removed to this Court.

Dated:   November 10, 2023

Respectfully submitted,

*/s/ Neal Bailen*
Neal Bailen, Bar No. 91838
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky  40202-3352
Telephone: (812) 282-7566
Email: nbailen@stites.com

*Counsel for Defendant WebBank*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2023, a true and correct copy of the foregoing was served via the Court's ECF filing system.

*/s/ Neal Bailen*
Neal Bailen

217753:1