UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

VERNEDA MILLER, Plaintiff,

v. Civil Action No. 3:23-cv-585-DJH-CHL

LYNDON SOUTHERN INSURANCE COMPANY et al., Defendants.

* * * * *

## ORDER

Plaintiff Verneda Miller and Defendant Lyndon Southern Insurance Company having filed a joint stipulation of dismissal with prejudice as to Miller's claims against Lyndon Southern (Docket No. 22), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Miller's claims against Lyndon Southern are **DIMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Lyndon Southern as a defendant in the record of this matter.

All claims having been resolved (D.N. 10; D.N. 17; D.N. 22), this action is **DISMISSED** with prejudice, **CLOSED**, and **STRICKEN** from the Court's active docket. All pending motions are **DENIED** as moot.

November 14, 2024

David J. Hale, Judge
United States District Court